## ABSTRACT OF JUDGMENT
### NOTICE

*08-mc-311*

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained: | Names of Parties in whose favor judgments have been obtained: |
|---|---|
| MARK J. MICCICHE | THE UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $ 127,842.55<br>$*_____<br>$*_____<br><br>TOTAL $127,842.55<br>PLUS INTEREST and costs | G. MICHAEL THIEL, AUSA<br>P.O. BOX 309<br>FEDERAL BUILDING<br>SCRANTON, PA 18501<br><br>Phone: (570) 348-2800 | November 14, 2008 |

**UNITED STATES OF AMERICA,**
**CIVIL ACTION NO.: 08-MC-311**

CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
**MIDDLE DISTRICT OF PENNSYLVANIA**
SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.
Dated __10/1/09__, 2009

MARY E. D'ANDREA, CLERK

By: _____
Deputy Clerk

DCP:GMT:kmm
DENNIS C. PFANNENSCHMIDT
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
309 Federal Building
Scranton, PA 18502
Phone: (570)348-2800
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>MARK J. MICCICHE,<br>Defendant, | :<br>:<br>: 08-MC-311<br>:<br>:<br>:<br>:<br>: |

## P R A E C I P E

TO: MARY E. D'ANDREA, CLERK

MADAM:

Please issue an Abstract of the judgment in the above stated case for filing in the Court of Common Pleas of Lackawanna County, Pennsylvania.

DENNIS C. PFANNENSCHMIDT
United States Attorney

s/ G. MICHAEL THIEL
G. MICHAEL THIEL
Assistant U.S. Attorney

KAREN M. MUSLOSKI
Paralegal Specialist

Dated:  August 12, 2009